# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM J. COST, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1494 |
| v. | : | (JUDGE MANNION) |
| BOROUGH OF DICKSON CITY, and MICHAEL RANAKOSKI, | : | |
| | : | |
| Defendants | | |

===========================================================

| | | |
|---|---|---|
| WILLIAM J. COST, JR., | : | |
| Plaintiff | : | |
| v. | : | |
| BOROUGH OF DICKSON CITY, MICHAEL RANAKOSKI, and MICHAEL McMORROW | : | |
| | : | |
| Defendants | : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Plaintiffs' motion to strike, (Doc. 26), is **GRANTED**;

**(2)** The affidavits of Renee Giedieviells, (Doc. 25-1), and Michael Giedieviells, (Doc. 25-2), are **STRICKEN FROM THE RECORD without prejudice**; and

**(3)** Defendants will have fourteen (14) days from the date of this order to cure the deficiencies, serve, and resubmit the affidavits in accordance with *United States* ex rel. *Doe v. Hearth Solution, PC*, 923 F.3d 308 (3d Cir. 2019).

        s/ *Malachy E. Mannion*
        **MALACHY E. MANNION**
        **United States District Judge**

**DATE: March 26, 2020**
18-1494-01-ORDER