UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM J. COST, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-1494 |
| v. | : | (JUDGE MANNION) |
| BOROUGH OF DICKSON CITY, and MICHAEL RANAKOSKI, | : : | |
| Defendants | | |

======================================================

| | |
|---|---|
| WILLIAM J. COST, JR., | : |
| Plaintiff | : |
| v. | : |
| BOROUGH OF DICKSON CITY, MICHAEL RANAKOSKI, and MICHAEL McMORROW | : : |
| Defendants | : |

**ORDER**

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Plaintiffs' Count I Fourteenth Amendment claims are **DISMISSED with prejudice**;

**(2)** Defendants motion for summary judgment (Doc. 24), is **GRANTED** with respect to Plaintiffs' federal claims in

Counts I, II, IV, V and VI and **JUDGMENT** is entered in favor of Defendants and against Plaintiffs on those claims;

**(3)** Plaintiffs' motion for partial summary judgment, (Doc. 17), is **DENIED**;

**(4)** Plaintiffs' state law claims in Counts III, IV, and V are **DISMISSED WITHOUT PREJUDICE**; and

**(5)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 15, 2020**
18-1494-02-ORDER